# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOISES JOSUE CORTEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON STUBBS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:21-CV-0316-ART-CLB<br><br>**ORDER DENYING MOTION TO AMEND AND MOTION FOR SUMMONS**<br><br>[ECF Nos. 27, 28] |

Plaintiff Moises Josue Cortez ("Cortez") has filed two motions to amend. (ECF Nos. 27, 30.) Pursuant to General Order 2021-05, Section 3(f), "[n]o party may file a motion if he or she has another motion on the same subject matter already pending before the Court. Motions submitted in violation of th[e] General Order may be struck or may be summarily denied." Therefore, Cortez's first motion to amend is **DENIED**. (ECF No. 27.) Likewise, the motion for summons for additional Defendants is **DENIED as moot**. (ECF No. 28.)

The Court will consider Cortez's second motion to amend in due course. (ECF No. 30.) Any opposition to the motion shall be filed on or before July 22, 2022. The parties are reminded, "[t[he failure of an opposing party to file points and authorities in response to any motion, . . . constitutes a consent to the granting of the motion." LR 7-2(d). If the Court grants the second motion to amend, it will also order service of process.

**IT IS SO ORDERED.**

**DATED**: July 11, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**