# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOISES JOSUE CORTEZ,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON STUBBS, *et al.*,<br><br>Defendants. | Case No. 3:21-CV-00316-MMD-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of **Shane Brown**, **Douglas Edwards**, or **Tanisha Muirhead Henry** who are no longer employees of the Nevada Department of Corrections. (ECF No. 36.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 37.)

Accordingly, the Clerk shall ISSUE a summons for each of the above-named Defendants and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 37.) The Clerk shall also SEND sufficient copies of the amended complaint, (ECF No. 33), the order granting the motion to amend, (ECF No. 32), and this order to the U.S. Marshal for service on the Defendants. The Court will separately provide to the U.S. Marshal a completed USM 285 form for each Defendant.

Plaintiff is reminded that if the above-named Defendants are not served by October 23, 2022,[1] they will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**DATED**: August 11, 2022 .

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This date represents 90 days from the date of the filing of the operative complaint. *See* Fed. R. Civ. P. 4(m) (requiring service on defendants within 90 days after a complaint is filed).