AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364C)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245(phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOISES JOSUE CORTEZ,<br><br>           Plaintiff,<br><br>v.<br><br>B. STUBBS, *et al.*,<br><br>           Defendants. | Case No. 3:21-cv-00316-ART-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR 7-1, LR IA 6-1 and 6-2, the parties, by and through their respective counsel of record, stipulate and request that this Court allow Plaintiff to file an amended opposition to Defendants' motion for summary judgment based on newly acquired video evidence. This stipulation serves as the parties' first request. This request is made in good faith and is not intended for purposes of delay. The parties do not intend to request additional extensions upon this stipulation's approval by the Court.

In preparation of filing their reply in support of their motion for summary judgment, Defendants noticed that Plaintiff alleged that he did not receive video footage from a handheld camcorder of the incident in question. Undersigned counsel received this footage on the day she sat for the Nevada Bar Exam and thought she had sent the footage to Plaintiff's counsel, but that was not the case. Once counsel noticed this, she immediately sent the footage to Plaintiff's counsel. Based on this new video footage, the parties have

agreed to allow Plaintiff to file an amended opposition to Defendants' motion for summary judgment. Additionally, Defendants did not received Plaintiff's exhibits that were filed under seal, nor the accompanying motion to seal.

Based on both of these reasons, parties agree and stipulate that Plaintiff will file an amended opposition to Defendants' motion for summary judgment no later than October 2, 2023, and Defendants will file their reply no later than October 16, 2023. If Plaintiff chooses not to file an amended opposition, Defendants will file their reply no later than October 3, 2023.

**IT IS SO STIPULATED.**

DATED 11th day of September, 2023.

**LJU LAW FIRM**

By: *James D., Urrutia*
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
5955 S. Edmond St., Ste 12
Las Vegas, NV 89118
*Attorneys for Plaintiff*

DATED 11th day of September, 2023.

**AARON D. FORD**
**Attorney General**

By: *Victoria C. Corey*
VICTORIA C. COREY (Bar No. 116364C)
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: September 12, 2023